THE STATE OF OHIO, APPELLANT, v. DADE, APPELLEE.

[Cite as *State v. Dade,* 100 Ohio St.3d 30, 2003-Ohio-4755.]

(No. 2002–1974—Submitted August 26, 2003—Decided September 24, 2003.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Brown,* 99 Ohio St.3d 323, 2003-Ohio-3931, 792 N.E.2d 175.

MOYER, C.J., RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

Lundberg Stratton and O'Connor, JJ., dissent.

O'Donnell, J., not participating.

---

**Lundberg Stratton, J., dissenting.**

{¶ 2} I respectfully dissent for the reasons expressed in Justice O'Connor's well-reasoned dissent in *State v. Brown,* 99 Ohio St.3d 323, 2003-Ohio-3931, 792 N.E.2d 175, ¶ 26–32.

O'Connor, J., concurs in the foregoing dissenting opinion.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Assistant Prosecuting Attorney, for appellant.

Yeura Venters, Franklin County Public Defender, and Allen V. Adair, Assistant Public Defender, for appellee.